UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN PABLO CHAVEZ,

               Plaintiff,

       -against-

JACOB KHALIL; FACEBOOK;
INSTAGRAM,

              Defendants.

21-CV-9158 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued January 18, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    January 18, 2022
          New York, New York

          /s/ Laura Taylor Swain
           LAURA TAYLOR SWAIN
          Chief United States District Judge